Helen M. KLINE

v.

C. EYNON, also known as Clarence Eynon, Individually, and as Regional Counsel of Region 7 of the Bureau of Reclamation, et al.

No. 5291.

United States Court of Appeals
Tenth Circuit.

Dec. 13, 1955.

No appearance for appellant.

Donald E. Kelley, U. S. Atty., and Robert Swanson, Asst. U. S. Atty., Denver, Colo., for appellees.

Before BRATTON, Chief Judge, and HUXMAN and PICKETT, Circuit Judges.

PER CURIAM.

Docketed and dismissed on motion of appellees, for failure of appellant diligently to prosecute.

HAWKEYE-SECURITY INSUR-
ANCE CO.

v.

NEW MEXICO ASPHALT AND REFIN-
ING COMPANY, a Corpo-
ration, et al.

No. 5274.

United States Court of Appeals
Tenth Circuit.

Dec. 20, 1955.

Forrest C. O'Dell, Denver, Colo., for appellant.

William E. Doyle and Pierpont Fuller, Jr., Denver, Colo., for appellees.

PHILLIPS, Chief Judge.

Dismissed, on motion of appellant.

Carl R. RITTER

v.

T. J. MORRIS, Trustee.

No. 5252.

United States Court of Appeals
Tenth Circuit.

Jan. 6, 1956.

Stanley E. Wisdom, Wichita, Kan., for appellant.

Harold Irwin, Wichita, Kan., for appellee.

Before BRATTON, Chief Judge, and MURRAH and PICKETT, Circuit Judges.

PER CURIAM.

Dismissed, pursuant to stipulation.

Byron K. DODDS

v.

Janet STOKES et al.

No. 5329.

United States Court of Appeals
Tenth Circuit.

Jan. 30, 1956.

No appearance for appellant.

Malcolm Miller, Wichita, Kan., for appellees.

Before BRATTON, Chief Judge, and HUXMAN, Circuit Judge.

PER CURIAM.

Docketed and dismissed, for failure of appellant diligently to prosecute, on motion of appellee.